IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID W. RUSH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action No. 07-514-SLR |
| | ) |
| CORRECTIONAL MEDICAL SYSTEMS, | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

WHEREAS, plaintiff David W. Rush, a prisoner housed at the Delaware Correctional Center, Smyrna, Delaware, filed this lawsuit pursuant to 42 U.S.C. § 1983 alleging deliberate indifference to serious medical needs (D.I. 2);

WHEREAS, on September 12, 2007, plaintiff filed a motion for a temporary restraining order/preliminary injunction, with supporting memorandum and appendix, stating that he requires emergency medical care for treatment of his acutely painful lipoma growths, atrophied shoulder muscle, late stage Hepatitis C, and liver cirrhosis (D.I. 7, 8);

THEREFORE, at Wilmington this ____ day of September, 2007, IT IS ORDERED that:

1. Defendant Correctional Medical Systems and the Attorney General of the State of Delaware shall file a response to plaintiff's motion on or before **September 19, 2007**.

2. At the time their response is filed Correctional Medical Systems and the Attorney General of the State of Delaware shall also submit plaintiff's medical records

-2-

for review by the court.

     3.  The clerk of the court is directed to serve a copy of plaintiff's motion for a temporary restraining order/preliminary injunction, supporting memorandum, and appendix upon defendant Correctional Medical Systems and the Attorney General of the State of Delaware.

                                                          _____
                                                          UNITED STATES DISTRICT JUDGE