D.I. #_____

# CIVIL ACTION
# NUMBER: 07-514

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 4.60 |
| Certified Fee | 2.65 |
| Return Reciept Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 9.40 |

Civ. No. 07-514-SLR

Sent To: CMS
Street, Apt. No.; or PO Box No.: 1201 College Park Drive, Suite 101
City, State, ZIP+4: Dover, DE 19904

Article No.: 7002 2030 0003 0326 5467

PS Form 3800, June 2002          See Reverse for Instructions