United States District Court

For the District of Delaware

## Acknowledgement of Service Form
## For Service By Return Receipt



Civil Action No. *07cv514 SLR*

Attached below is a return receipt card reflecting proof of service
upon the named party on the date show.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X *Margaret Slack*    ☐ Agent   ☐ Addressee <br> B. Received by (Printed Name) *Margaret Slack*   C. Date of Delivery *9-17-07* |
| 1. Article Addressed to: <br> *Correctional Medical Svc.* <br> *1201 College Park Drive, Suite 101* <br> *Dover, DE 19904* | D. Is delivery address different from item 1?  ☐ Yes <br> If YES, enter delivery address below:  ☐ No |
| | 3. Service Type <br> ☒ Certified Mail   ☐ Express Mail <br> ☐ Registered   ☐ Return Receipt for Merchandise <br> ☐ Insured Mail   ☐ C.O.D. <br> 4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number <br> (Transfer from service label) | |
| PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540 | |