IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **DAVID W. RUSH,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **CORRECTIONAL MEDICAL SYSTEMS, et al.,** | ) |
| | ) |
| Defendants. | ) |

# SEALED EXHIBITS