IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID R. RUSH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 07-514-SLR |
| | ) |
| CORRECTIONAL MEDICAL SERVICES, | ) |
| INC., SCOT ALTMAN, CHRISTINE | ) |
| MALANEY, DONNA PLANTE, | ) |
| MD JOHN DOE, GAIL ELLER, | ) |
| FREDERICK DURST, MD MUHAMMAD | ) |
| NIAZ, FIRST CORRECTIONAL | ) |
| MEDICAL INC., MD SITTA ALIE, | ) |
| MD MCDONALD, and DEBBIE | ) |
| RODWELLER, | ) |
| | ) |
| Defendants. | ) |

**AUTHORIZATION**

I, David R. Rush, SBI #173418, request and authorize the agency holding me in

custody to disburse to the Clerk of the Court ~~the initial partial filing fee of $65.78 and~~ the

subsequent payments pursuant to 28 **U.S.C.** § 1915(b) and required by the Court's

order dated __September 6__, 2007.

This authorization is furnished to the Clerk of Court in connection with the filing

of a civil action, and I understand that the filing fee for the complaint is $350.00. I also

understand that the entire filing fee may be deducted from my trust account regardless

of the outcome of my civil action. This authorization shall apply to any other agency

into whose custody I may be transferred.

Date: __SepT 10,__ , 2007.

_David Rush_

Signature of Plaintiff

I/M David Rush
SBI# 173418 ___ UNIT W
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
18 SEP 2007 PM 1 L

Clerk of Court
District Court
844 N. King Street Lockbox 18
Wilmington, Delaware
19801-3570