IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID W. RUSH, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 07-514 SLR |
| | : | |
| CORRECTIONAL MEDICAL SYSTEMS, et al., | : | |
| | : | |
| Defendants. | : | |

## ENTRY OF APPEARANCE

Please enter the appearance of James E. Drnec, Esquire, and Balick & Balick, LLC on behalf of defendant Correctional Medical Services, Inc. incorrectly identified as Correctional Medical Systems. This entry of appearance is not a waiver of any defense available to defendant and all defenses to the above-captioned action are reserved.

BALICK & BALICK, LLC

/s/ James E. Drnec
James E. Drnec, Esquire (#3789)
711 King Street
Wilmington, Delaware 19801
302.658.4265
Attorneys for Defendant

Date: September 20, 2007

**CERTIFICATE OF SERVICE**

    I, James Drnec, hereby certify that on the 20th day of September 2007, the foregoing Entry of Appearance of James E. Drnec on behalf of Defendant Correctional Medical Services, Inc. was filed via CM/ECF and served First Class Mail upon the following:

        David R. Rush
        SBI # 173418
        Delaware Correctional Center
        1181 Paddock Road
        Smyrna, DE 19977

          /s/ James E. Drnec
        James E. Drnec, Esquire (#3789)