CERTIFICATE OF SERVICE          07-514

I, David Rush, do swear that I have caused to be delivered the following filings:

1. Plaintiff's Reply To Defendant's Opposition To Plaintiff's Motion for TRO/PI

2. Plaintiff's Requests To Leave To file an Addendum To his Reply To Defendant's Opposition To Plaintiff's Motion for TRO/PI

3. Plaintiff's Motion for Relief from Judgement

On the following defendants by placing same in a U.S. Mail Receptacle at the DCC Prison on

29 Th day of October 200 7 .

(CMS Counsel)                    (FCM Counsel)

_David Rush_

David Rush, 173418
W-1, D-16
1181 Paddock Rd.
Smyrna, DE 19977

(State Counsel)

Ophelia M. Waters
D.A.G.
820 N. FRENCH ST
6Th Floor
Wilmington, DE
19801

RECEIVED

NOV 0 1 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PD scanned

USA First-Class

WILMINGTON DE 197
01 NOV 2007PM 3 T

United States District Court
844 King Street
Lockbox 18
Wilmington, DE
19801 - 3570

I/M DAVID RUSH
SBI# 173418    UNIT W
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977