CA 07-514 SCR

CLERK OF THE COURT　　　　　　　　　　　　　　November 7, 2007
UNITED STATES DISTRIC COURT
844 N. KING STREET
LOCK BOX 18
WILMINGTON, DE 10801


David R. Rush
Sbi # 173418, unit w
Delaware correctional center
Smyrna, DE   19977


Clerk of the Court,

       I'm writing to you to request a current COURT DOCKET for my appeal to the circuit court, A.S.A.P. My case number 07-514 (RUSH vs. CMS

       Thank You,

       David R. Rush

*David Rush*



FILED
NOV - 9 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

