IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID W. RUSH, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :   C.A. No. 07-514 SLR |
| | : |
| CORRECTIONAL MEDICAL SYSTEMS, et al., | : |
| | : |
| Defendants. | : |

# SEALED DOCUMENT

Sealed Exhibits to Docket Item # 40