OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

November 27, 2007

TO: David R. Rush
SBI # 173418
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**RE: Incomplete U.S. Marshal 285 Forms**
*Civ. No.* 07-514(SLR)

Dear Mr. Rush:

Please be advised that this office has received incomplete USM 285 forms for all defendants. The incomplete USM 285 forms lack an original signature. Please submit the corrected USM 285 forms to the Clerk's Office.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/ead                                    PETER T. DALLEO
                                        CLERK

cc: The Honorable Sue L. Robinson
enc: Incomplete USM 285 forms