ORIGINAL

U.S. COURT OF APPEALS, THIRD CIRCUIT

Circuit Court Docket No. _____

David Rush,

Plaintiff/Appellant,                                         District Court CA, No. 07-514-SLR

v.

Correctional Medical Services, Inc. et al,

(Defendants/Appellee First Correctional Medical, Inc.,

Defendant/Appellee Correctional Medical Services, Inc,

Defendant/Appellee Dr. Sitta Gombeh-Alie,

Defendant/Appellee  Dr. John Doe,

Defendant/Appellee  Dr. Fedrick Durst,

Defendant/Appellee  Dr. Muhammad Niaz, and

Defendant/Appellee  Dr. McDonald).



**FILED**

NOV 30 2007

**U.S. DISTRICT COURT**
**DISTRICT OF DELAWARE**

Ro scanned

District Court Judge: Honorable Sue L. Robinson

### APPELLANT'S MOTION TO PROCEED ON THE ORIGINAL RECORD

Appellant, Rush, moves this Honorable Court pursuant to FRAP 30 (f) and 3rd Cir. LAR 30. 2, to allow

these proceedings to be determined on the original record. Rush is a pro se plaintiff/appellant and seeks

pleading leniency under *Haines v. Kerner*, 404 U.S. 519 (1972). See below:

1. Rush is a pro se litigant who was granted informa pauperis status in the Delaware District Court below

and Rush has filed for a Notice of Appeal. Failure to grant the instant request will cause Rush hardship

and will be prohibitively burdensome and unnecessarily expensive (e.g. legal copies and postage).

2. Rush filed with the lower Court on 11-28-07 a Certification of the Record (D.I. _____). Therein,

Rush states that no trial transcripts are required; however, he does request that the full record below be

forwarded to the Court of Appeals.

3. Also, the entire existing court docket pertains to matters on appeal.

WHEREFORE, Rush prays this Honorable Court grants the instant request.

*David Rush*                                              11-28-07

David Rush, SBI 173418                                    Date
1181 Paddock Rd., Smyrna, DE 19977

CERTIFICATE OF SERVICE

I, David Rush, Plaintiff/Appellant, do swear that I have caused to be delivered upon the below listed parties the following true and correct filings:

1. Appellant's Motion to Proceed on the Original Record ,

2. Certification of the Record .

3. N/A .

By placing same in a U.S. Mail receptacle on $\underline{28^{Th}}$ day of $\underline{November}$ 200$\underline{7}$.

David Rush

David Rush
SBI #173418
1181 Paddock Rd.
Smyrna, DE 19977

U.S. Court of Appeals
For the Third Circuit
U.S. Courthouse
601 Market St.
Philadelphia, PA 19106

Daniel McKently, Esq.
(Counsel of FCMI)
1225 N. Market St. Suite 1100
Wilmington, De 19809-0397

U.S. District Court
844 King St,
Lock box 18
Wilmington, DE 19801

James E. Drnec, Esq
(Counsel for CMS, et al)
711 Market St.
Wilmington, DE 19801