Office of The Clerk,                                        12/12/07

Enclosed you will find a check for $2.00 To Secure me a Copy of The last four (4) items on The Court docket. Case No. 07-514 SLR.

                Thank You!

                      David Rush

*[Stamp: FILED — CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE — 2007 DEC 17 PM 4:54]*

I/M David Rush
SBI# 173418    UNIT W
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
15 DEC 2007 PM 2 T

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570