OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo  
CLERK OF COURT

LOCKBOX 18  
844 KING STREET  
U.S. COURTHOUSE  
WILMINGTON, DELAWARE 19801  
(302) 573-6170

December 17, 2007

TO:  
David Rush  
SBI # 173418  
Delaware Correctional Center  
1181 Paddock Road  
Smyrna, DE 19977

**RE:   Return of Check Without Action**

In response to your letter dated 12/12/07, the enclosed check, # 23398, is being returned by the Clerk's Office without action. The check is in the amount of $2.00.

Please be advised that in accordance with the directive from the Judicial Conference of The United States the fee for copies(including docket sheets) is fifty ($.50) cents per page. Should you require copies in the future, please be aware of this fee requirement.

The cost of the last four (4) docket items requested for case number 07-514 is $23.50 (47 pages @ $.50).

Prepayment should be sent with your request, check or money order payable to Clerk, U.S. District Court.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/ssn  
enc.

PETER T. DALLEO  
CLERK

cc: The Honorable Sue L. Robinson, CA 07-514 SLR

OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

December 17, 2007

TO:
David Rush
SBI # 173418
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**RE:  Return of Check Without Action**

In response to your letter dated 12/12/07, the enclosed check, # 23398, is being returned by the Clerk's Office without action. The check is in the amount of $2.00.

Please be advised that in accordance with the directive from the Judicial Conference of The United States the fee for copies(including docket sheets) is fifty ($.50) cents per page. Should you require copies in the future, please be aware of this fee requirement.

The cost of the last four (4) docket items requested for case number 07-514 is $23.50 (47 pages @ $.50).

Prepayment should be sent with your request, check or money order payable to Clerk, U.S. District Court.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/ssn
enc.

PETER T. DALLEO
CLERK

cc: The Honorable Sue L. Robinson, CA 07-514 SLR