OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

January 18, 2008

TO: **Delaware Correctional Center**
**ATTN: Business Office**
**P.O. Box 500**
**Smyrna, DE 19977**

**RE: Return of Check #24053 - David Rush- CA 07-514 SLR**

Enclosed check in the amount of $33.79 is returned by the Clerk's Office without action. Inmate David Rush, SBI #173418, has a balance of $10.10 for CA 07-514 SLR. A copy of our Financial ledger is enclosed for your reference. Mr. Rush does not owe filing fees for any other cases currently before this Court.

Please contact me directly if you have a question, at 302-573-6158.

/rbe

BY:/s/

Ronald B. Eberhard
Intake Supervisor

Sincerely,

PETER T. DALLEO
CLERK

Attachment - Check 24053 DCC

cc: The Honorable Sue L. Robinson, CA 07-514 SLR
Financial Administrator
David Rush, SBI 173418, DCC

**PRISONE**

**DAVID R. RUSH V. CMS, ET AL**

CA 07-514-SLR
CASE #1

| DATE | FUND | RECEIPT | AMOUNT | BALANCE |
|------|------|---------|--------|---------|
| 9/6/2007 | | | | 350 |
| 9/19/2007 | 5100PL | 148960 | 100 | 250 |
| 10/4/2007 | 5100PL | 149109 | 90 | 160 |
| 10/4/2007 | 0869PL | 149109 | 10 | 150 |
| 10/29/2007 | 0869PL | 149391 | 50 | 100 |
| 12/10/2007 | 086400 | 149844 | 50 | 50 |
| 12/19/2007 | 86400 | 149995 | 39.90 | $10.10 |