DAVID R. RUSH
SBI # 173418, UNIT-W
1181 PADDOCK ROAD
SMYRNA, DE  19977

January 24, 2008

RE: RUSH VS. CMS, ET AL, CASE # 07-514-SLR

CLERK OF THE COURT:

        PLEASE PROVIDE ME WITH THE **FINAL TWO** PAGES OF MY DOCKET SHEET @ .50 cent per page x 2 = $ 1.00

        THANK YOU!

        DAVID R. RUSH



FILED
JAN 31 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IM DAVID RUSH
SBI# 173418  UNIT W
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 199
30 JAN 2008 PM 3 Y

19801+3570

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570