OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

February 1, 2008

```
TO:   David R. Rush
      SBI # 173418
      Delaware Correctional Center
      1181 Paddock Road
      Smyrna, DE 19977
```

**RE:   *Request for Docket Sheet; 07-514(SLR)***

Dear Mr. Rush:

   Per your request, your docket sheet request has been completed and is enclosed, along with your receipt, #150580.

                                          Sincerely,

/ead                                      PETER T. DALLEO
                                          CLERK

```
cc:  The Honorable Sue L. Robinson
enc: Docket Sheet
```