DR. MCDONALD
CMS @ D.C.C.                                    2/19/08


David R. Rush
173418, Unit W, D-16
D.C.C.

RE: CHRONIC CARE MEDS

FILED
FEB 21 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
Bo scanned

DR. MCDONALD,
    I have used up my last card of Levothyroxine for my hypothyroid condition. When I asked the Pharmacist (Derrick) if he had any more cards for me - he replied the prescription had expired on 12/18/07 and I needed to be scheduled for a chronic Care Clinic with my Physician in order to get my subscription renewed.
    However, said clinics have in the past been automatically scheduled and its unclear why CMS did not schedule me for a timely clinic.
    Moreover, the Levothyroxine was prescribed in part so that my blood platelet levels could be maintained within the acceptable range needed for initiation of interferon treatments for my Hepatitis-C condition which hopefully will begin soon or in the near future.
    If you could schedule me at your earliest convenience that would be fine and I look forward to meeting with you in the near future.
Sincerely,
David Rush

C.C. District Court In re: Rush vs. CMS, et al 07-514 SLR
    CMS Regional offices
    James E Drnec, Esq.

I/M DAVID RUSH
SBI# 173418  UNIT W
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
20 FEB 2008 PM 1 T

U.S. District court
844 King St.
Lockbox 18
Wilmington, DE 19801-3570

