DR VANDUSEN
CMS @ D.C.C.

David R. Rush
173418, Unit-W, D-16
D.C.C.

January 29, 2008



RE: CHRONIC CARE MEDS

DR. VANDUSEN,
       I'm on my last card of Levothyroxine for my hypothyroidism condition. I asked the Pharmacist if he had any more cards for me to pick-up and he said the prescription expired 12/18/07 and informed me that I needed to be scheduled for a Chronic Care Clinic with my physician in order to get my subscription renewed. Said Clinics have in the past been automatically scheduled, and it is unclear why CMS did not schedule me for a timely Clinic.

Moreover, the Levothyroxine was prescribed in part, so that my blood platelet levels could be maintained within the acceptable range needed for the initiation of interferon treatments for my Hepatitis-C condition, which hopefully will begin soon or in the near future.
       If you could schedule me at your earliest convenience – that would be fine and I look forward to meeting with you in the near future.

Sincerely,

*David Rush*
David R. Rush


C.c. District Court In re: Rush vs. CMS, et al 07-514 –SLR
    CMS Regional Offices
    James E. Drnec, Esq.

IM DAVID RUSH
SBI# 173418  UNIT W
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
20 FEB 2008 PM 1 L

U.S. District Court
844 King Street
Lockbox 18
Wilmington, DE
19801-3570