DAVID R. RUSH
S.B.I. # 173418, UNIT-W
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DE  19977

CA 07- 514 SLR

TO: OFFICE OF THE CLERK
    UNITED STATES DISTRIC COURT
    LOCKBOX 18
    844 KING STREET
    U.S. COURTHOUSE
    WILMINGTON, DE  19801

    **RE:  U.S. Marshal 285 Forms**

Dear Mr. Dalleo:

    On November 27, 2007 I received correspondence from your office that you had received incomplete USM 285 forms, in that they lacked an original signature.
    I promptly corrected said forms by adding my signature and returned them to your office.
    To date, I have not received any executed Marshall forms. Therefore, I'm writing to determine the status of said 285 Marshall Forms: (a) Did you receive them, (b) If not can you provide copies for me to sign again, ect., and (c) If so, have they been processed? Thank you very much!

        SINCERELY,

        DAVID R RUSH



I/M DAVID RUSH
SBI# 173418   UNIT W
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

OFFICE OF THE CLERK
United States District Court
LockBox 18
844 KING STREET
WilMiNgToN, DE 19801