OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo  
CLERK OF COURT

LOCKBOX 18  
844 KING STREET  
U.S. COURTHOUSE  
WILMINGTON, DELAWARE 19801  
(302) 573-6170

March 18, 2008

TO: David Rush  
    Delaware Correctional Center  
    1181 Paddock Rd.  
    Smyrna, DE 19977

**RE: Return of Check Without Action     CA 07-514 SLR**

    Enclosed check, # 25296, is being returned by the Clerk's Office without action. The check is in the amount of $28.71.

    Be advised that this check represents an overpayment. There is no balance due. A copy of the Court's ledger is attached for reference.

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

    Sincerely,

/sns  
enc.

PETER T. DALLEO  
CLERK

cc: Judge Robinson, CA 07-514 SLR  
    Financial Administrator  
    David Rush, DCC

**PRISONER LITIGATION LEDGER**

DAVID R. RUSH V. CMS, ET AL

| DATE | FUND | CA 07-514-SLR CASE #1 RECEIPT | AMOUNT | BALANCE | DATE | FUND | CASE #2 RECEIPT | AMOUNT | BALANCE | DATE | FUND | CASE #3 RECEIPT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/6/2007 | | | | 350 | | | | | 0 | | | | | 0 |
| 9/19/2007 | 5100PL | 148960 | 100 | 250 | | | | | 0 | | | | | 0 |
| 10/4/2007 | 5100PL | 149109 | 90 | 160 | | | | | 0 | | | | | 0 |
| 10/4/2007 | 0869PL | 149109 | 10 | 150 | | | | | 0 | | | | | 0 |
| 10/29/2007 | 0869PL | 149391 | 50 | 100 | | | | | 0 | | | | | 0 |
| 12/10/2007 | 086400 | 149844 | 50 | 50 | | | | | 0 | | | | | 0 |
| 12/19/2007 | 086400 | 149995 | 39.90 | $10.10 | | | | | 0 | | | | | 0 |
| 2/21/2008 | 086400 | 150933 | 10.1 | 0 | | | | | 0 | | | | | 0 |
| | | | | 0 | | | | | 0 | | | | | 0 |