IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID R. RUSH, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
|        v. | ) Civil Action No. 07-514-SLR |
| | ) |
| CORRECTIONAL MEDICAL SERVICES, INC., SCOT ALTMAN, CHRISTINE MALANEY, DONNA PLANTE, GAIL ELLER, and DEBBIE RODWELLER, | ) ) ) ) ) |
| | ) |
|    Defendants. | ) |

**ORDER**

At Wilmington this 14th day of August, 2008, having considered plaintiff's pending motions;

IT IS ORDERED that:

The motions to stay judgment pending appeal and to proceed on the original record are **denied** as moot. (D.I. 42, 45) The United States Court of Appeals for the Third Circuit summarily affirmed the orders of the District Court that plaintiff appealed. Rush v. Correctional Med. Services, No. 07-4551 (3d Cir. July 31, 2008).

                                                    _____
                                                    UNITED STATES DISTRICT JUDGE